ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| VS. | ) | CASE NO: CR115-106-01 |
| | ) | |
| MACK LAKES, JR., | ) | |

## ORDER

The defendant, Mack Lakes, Jr., was only sentenced to probation.

Surety, Mack Lakes, Sr., has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by Mack Lakes, Sr. for this defendant, plus all accrued interest thereon, be returned to Mack Lakes, Sr. at 297 Harrison Rd., Waynesboro, GA 30830.

This 24th day of April, 2017 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA